## METROMEDIA, INC., ET AL. *v.* CITY OF PASADENA ET AL.

No. 659. Decided February 17, 1964.

*Charles Seligson, William French Smith* and *Paul E. Iverson* for appellants.

*Charles S. Rhyne* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## ARLAN'S DEPARTMENT STORE OF LOUISVILLE, INC., *v.* KENTUCKY.

No. 665. Decided February 17, 1964.

*James E. Thornberry* for appellant.

*Robert Matthews,* Attorney General of Kentucky, and *Robert L. Montague III* and *Holland N. McTyeire,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.